```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                              :
FRANK SENIOR, ON BEHALF OF HIMSELF AND  :
ALL OTHER PERSONS SIMILARLY SITUATED,   :
                                                                              :      1:22-cv-7240-GHW
                                          Plaintiffs,    :
                                                                              :             ORDER
                     -against-                         :
                                                                              :
LENOX ADVISORS, INC.,                             :
                                                                              :
                                        Defendant.    :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court has scheduled an initial pre-trial conference in this case to take place on **December 21, 2022,** at **4:00 p.m.** by separate order to be entered today. That conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for the parties, Plaintiff, and a representative for Defendant are ordered to attend that conference in person.

       SO ORDERED.

Dated: August 25, 2022
New York, New York

                                                           GREGORY H. WOODS
                                                     United States District Judge